83,113-01

**Roger Dale Dean**
**TDCJ No. 1068114; Mark W. Michael Unit**
**2664 FM 2054, Tennessee Colony, Texas 75886**

March 30, 2015

Court of Criminal Appeals of Texas
Post Office Box 12308
Austin, Texas 78711-2308

    RE: Roger Dale Dean v. Yolanda Vasequez, Judge, 183rd District
                Court

Dear Hon. Clerk:

    Enclosed for filing with the Court of Criminal Appeals of
Texas is an **Application for a Writ of Mandamus**. Please filessaid
application and bring it to the attention of the Court.

    Thank you for your assistance in this matter.

Sincerely,

*Roger Dale Dean*

ROGER DALE DEAN
RELATOR

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 08 2015

Abel Acosta, Clerk

Cc: File

    Hon. Yolanda Vasequez
    183rd Judicial District Court
    1201 Franklin
    Houston, Texas 77002

NO. _____

TRIAL COURT NO. 0852518-A

IN THE

COURT OF CRIMINAL APPEALS OF TEXAS

---

ROGER DALE DEAN,
Relator,

v.

HON. YOLANDA VALESQUEZ, JUDGE, 183RD JUDICIAL DISTRICT COURT,
Respondent.

---

APPLICATION FOR A WRIT OF MANDAMUS
FROM HARRIS COUNTY

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Roger Dale Dean, Relator, in the above styled and numbered cause of action and files this Application for a Writ of Mandamus, pursuant to the original jurisdiction of this Court. In support of this application Relator submits the following:

### RELATOR

Relator has exhausted his remedies and has no other adequate remedy at law.

The act sought to be compelled is ministerial and not discretionary in nature. Texas Code of Criminal Procedure Article 11.07 § 3(d) requires Respondent to decide whether there are controverted, previously unresolved facts which are material to the legality of Relator's confinement and designate the issues of fact to be resolved within 20 days of the expiration of the time the State has

-1-

to file an answer. Respondent adopted the State's Motion Requesting Designation of Issues on April 15, 2014. However, in the State's motion, there was no means indicated in which to resolve the controverted, previously unresolved facts. As of this date, there has been no issues resolved. It has been over 180 days since the State received the application and the clerk has not forwarded the record as required by law.

Relator filed his application for writ of mandamus with the 183rd Judicial District Court of Harris County on January 19, 2015, requesting the trial court judge order Chris Daniel, Harris County District Clerk forward the record as required by Rule 73.3 of the Texas Rules of Appellate Procedure. See Exhibit A. Respondent has failed to order the clerk to forward the record.

## RESPONDENT

Respondent, Honorable Yolanda Valesquez, in her official capacity as Presiding Judge of the 183rd Judicial District Court of Harris County has a duty to order the clerk to transmit the record on such application for a writ of habeas corpus to this Court after 180 days have lapsed since the State received the application, if the trial court designates issues to be resolved.

In contrast to Relator's efforts, Respondent has wholly failed to order the Harris County District Clerk to comply with Rule 73.3 of the Texas Rules of Appellate Procedure, is acting in bad faith, and has failed to afford Relator the professional and common courtesy of any response to his request.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Relator, Roger Dale Dean,

-2-

prays that the Court will enter a finding that Respondent has failed to order the Harris County District Clerk to forward the habeas record as required and that Relator brought this litigation in good faith and has substantially prevailed. Relator further prays for an order directing Respondent to transmit the habeas record to the Court of Criminal Appeals after having resolved any controverted facts.

Dated: March 30, 2015.

Respectfully submitted,

*Roger Dale Dean*

ROGER DALE DEAN
RELATOR
TDCJ No. 1068114
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing application has been served by placing same in the United States Mail, postage prepaid, on the 30th day of March, 2015, addressed to:

Hon. Yolanda Valesquez
183rd Judicial District Court
1201 Franklin
Houston, Texas 77002

*Roger Dale Dean*

ROGER DALE DEAN
RELATOR

## CAUSE NO. 0852518-A

ROGER DALE DEAN,      §       IN THE 183RD JUDICIAL
     Relator,      §

v.      §       DISTRICT COURT OF

§

CHRIS DANIEL, Harris County      §
District Clerk, In His Official §
Capacity,      §
     Respondent.      §       HARRIS COUNTY, TEXAS

### APPLICANT'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Roger Dale Dean, Relator in the above-styled and numbered cause of action and files this original application for of mandamus pursuant to Rule 73.3 of the Texas Rules of Appellate Procedure, and would show the Court the following:

### RELATOR

Roger Dale Dean, TDCJ No. 1068114, is an offender incarcerated in the Texas Department of Criminal Justice and is appearing pro se, who can be located at Mark W. Michael Unit, 2664 FM 2054, Tennessee Colony, Texas 75886.

Relator has exhausted his remedies and has no other adequate remedy at law.

The act sought to be compelled is ministerial, not discretionary in nature. Texas Rules of Appellate Procedure, Rule 73.3 requires Respondent to transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answera filed, and a certificate reciting the date upon which that finding was made, if the Court has designated issues to be resolved and 180 days has past since the State received the application. No

1

such records have been forwarded to the Court of Criminal Appeals. Had such documents been transmitted by Respondent as required by statute, Relator would have received notice from the Court of CriminaålAppeals.

## RESPONDENT

Respondent, Chris Daniel, in his capacity as District Clerk of Harris County, Texas, has a ministerial duty to receive and file all papers in a criminal proceeding, and perform all other duties imposed under Texas Rules of Appellate Procedure, Rule 73.3, pursuant to Texas Code of Criminal Procedure article 2.21, to immediately transfer to the Court of Criminal Appeals, on the 180th day from the date the State receives the application, a copy of the application, any answers filed and all other papers filed. Chris Daniel, Harris County District Clerk may be served at his place of business 1201 Franklin, Houston, Texas 77002.

## VIOLATION OF T.R.A.P. RULE 73.3

The Respondent violated Rule 73.3 T.R.A.P. by failing to forward the habeas record on the 180th day from the date the State received the application. The State filed a Motion Requesting Designation of Issues on April 15, 2014. The State received the application prior to that date. Over 180 days have lapsed since the State received the application and the record has not been transmitted.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Relator, Roger Dale Dean, respectfully requests a finding that the Respondent did transmit documents to the Court of Criminal Appeals as required by statute

2

and that Relator brought this litigation in good faith and has substantially prevailed. Relator prays for an Order directing Respondent to transmit the habeas record to the Court of Criminal Appeals as directed by Rule 73.3 of the Texas Rules of Appellate Procedure.

Dated: January 19, 2015

Respectfully submitted,

_Roger Dale Dean_

ROGER DALE DEAN
RELATOR
TDCJ No. 1068114
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing application has been served by placing same in the United States Mail, postage prepaid, on the **19th** day of **January, 2015,** addressed to:

Chris Daniel
Harris County District Clerk
1201 Franklin
Houston, Texas 77002

_Roger Dale Dean_

ROGER DALE DEAN
RELATOR

3